No. 07-20-00263-CV

| | | |
|---|---|---|
| Timothy Castleman and Castleman Consulting, LLC <br>     Appellants | §<br><br>§ | From the 237th District Court <br>  of Lubbock County |
| v. | § | November 23, 2020 |
| Internet Money Limited d/b/a The Offline Assist and Kevin O'Connor, Individually <br>     Appellees | § | Opinion Per Curiam |

## J U D G M E N T

Pursuant to the opinion of the Court dated November 23, 2020, it is ordered, adjudged, and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o